AO83 (Rev. 08/2010) Summons in a Criminal Case

# *UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.  Case. No. 3:19cr088
**Anil Rathore**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

COURTROOM: 5300/6000

PLACE: **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

DATE & TIME:
6/27/2019 @
2:00pm and 2:30pm

Before: The Honorable Roderick C. Young and John A. Gibney, Jr.
To answer a(n):

☐ Indictment  ☐ Superseding Indictment  ☒ Criminal Information  ☐ Complaint
☐ Order of Court  ☐ Sealed Order of Court
☐ Petition on Supervised Release  ☐ Petition on Probation
☐ Violation of Pretrial Release  ☐ Violation Notice

Charging you with a violation of: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Five Hundred Grams or More of Cocaine

**YOU ARE ALSO SUMMONED TO APPEAR** for an initial/bond before the Honorable Roderick C. Young and plea before the Honorable John A. Gibney, Jr. on June 27, 2019, in Courtroom Nos. 5300 and 6000.

UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:
UNITED STATES PRETRIAL SERVICES
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800

COPY

_____
Signature of Issuing Officer

6/18/2019
Date

J. Smith, Deputy Clerk
Name and Title of Issuing Officer